UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00873-JPH-MJD ) |
| WISHARD HOSPITAL, | ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On March 19, 2020, the Court ordered Ms. White to file an amended complaint or show cause by May 4, 2020 why this case should not be dismissed for lack of jurisdiction. Dkt. 4. Ms. White has filed an amended complaint, dkt. 6, but the amended complaint does not show a basis for this Court's jurisdiction. The amended complaint alleges that the Court has jurisdiction under 42 U.S.C. § 1983. But Ms. White alleges no facts showing that Wishard Hospital can be sued under 42 U.S.C. § 1983, and regardless she raises claims for medical negligence and pain and suffering rather than for a deprivation of rights. Dkt. 6 at 5–6; *see Alarm Detection Sys. v. Village of Schaumberg*, 930 F.3d 812, 825 (7th Cir. 2019) ("Section 1983 . . . provides a right of action for constitutional deprivations that occur 'under color of' state law. Thus private actors . . . cannot usually be sued under § 1983.").

Ms. White's amended complaint therefore does not show a basis for this Court's jurisdiction, so this case is **DISMISSED without prejudice** to being filed in state court. Final judgment will issue by separate entry.

1

2

**SO ORDERED.**

Date: 5/15/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRENDA L. WHITE
4141 N Ridgeview Drive
Indianapolis, IN 46226