UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00873-JPH-MJD ) |
| WISHARD HOSPITAL, | ) ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On June 8, 2020, the Court reopened this case and ordered Ms. White to show cause why this case should not be dismissed for lack of jurisdiction. Dkt. 10; dkt. 4. Ms. White has filed a response, but it does not address jurisdiction. Dkt. 11. Instead, it only gives factual allegations about her injuries. *Id.*

Ms. White therefore has not alleged facts showing that Wishard Hospital can be sued under 42 U.S.C. § 1983, and raises claims for medical negligence and pain and suffering rather than for a deprivation of rights. Dkt. 6 at 5–6; *see Alarm Detection Sys. v. Village of Schaumberg*, 930 F.3d 812, 825 (7th Cir. 2019) ("Section 1983 . . . provides a right of action for constitutional deprivations that occur 'under color of' state law. Thus private actors . . . cannot usually be sued under § 1983.").

Ms. White's amended complaint therefore does not show a basis for this Court's jurisdiction, so this case is **DISMISSED without prejudice** to being filed in state court. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 6/30/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRENDA L. WHITE
4141 N Ridgeview Drive
Indianapolis, IN 46226

2